**UNITED STATES of America,
Plaintiff–Appellant**

v.

**Lester Jon RUSTON, Defendant–
Appellee.**

**No. 10–10069**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2011.

Susan Cowger, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

PER CURIAM: *

Lester Jon Ruston, federal civil detainee # 26834–177, was indicted in 2004 for

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent

threatening to assault and murder a United States Magistrate Judge and found not guilty by reason of insanity. Ruston appeals the district court's order on remand finding him incompetent under 18 U.S.C. § 4241 and ordering him to remain civilly committed to the custody of the Attorney General.

The district court did not clearly err in determining that Ruston was not competent under § 4241 based on a forensic psychological evaluation performed by Shawn E. Channell, Ph.D. and the parties' joint stipulation. Accordingly, the Government's motion to dismiss the appeal is GRANTED, the appeal is DISMISSED, and all other motions are DENIED.